JUDGE JOHNSTON

Magistrate Judge Schneider

FILED

MAY 20 2025

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 25 CR 50022 |
| | ) | |
| CLESHON PHIPPS | ) | Violations: Title 18, United States |
| | ) | Code, Section 922(a)(6) |

## COUNT ONE

The SPECIAL MARCH 2024 GRAND JURY charges:

On or about January 5, 2023, at Belvidere, in the Northern District of Illinois, Western Division,

CLESHON PHIPPS,

defendant herein, in connection with the acquisition of a firearm, specifically a Glock Model 26 Gen 3 9-millimeter handgun bearing serial number BVVK580, from RSM Firearms, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to RSM Firearms, which statement was intended and likely to deceive RSM Firearms as to a fact material to the lawfulness of such sale of the said firearm and acquisition of the firearm by defendant under Title 18, United States Code, Chapter 44, in that defendant represented on Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT TWO

The SPECIAL MARCH 2024 GRAND JURY further charges:

On or about July 26, 2023, at Marengo, in the Northern District of Illinois, Western Division,

### CLESHON PHIPPS,

defendant herein, in connection with the acquisition of a firearm, specifically a Taurus Model G2C .40-caliber handgun bearing serial number AEG469593, from Marengo Guns, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Marengo Guns, which statement was intended and likely to deceive Marengo Guns as to a fact material to the lawfulness of such sale of the said firearm and acquisition of the firearm by defendant under Title 18, United States Code, Chapter 44, in that defendant represented on Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

## COUNT THREE

The SPECIAL MARCH 2024 GRAND JURY further charges:

On or about June 4, 2024, at Marengo, in the Northern District of Illinois, Western Division,

### CLESHON PHIPPS,

defendant herein, in connection with the acquisition of a firearm, specifically a Glock Model 21 Gen 4 .45-caliber handgun bearing serial number AGKH536, from Marengo Guns, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Marengo Guns, which statement was intended and likely to deceive Marengo Guns as to a fact material to the lawfulness of such sale of the said firearm and acquisition of the firearm by defendant under Title 18, United States Code, Chapter 44, in that defendant represented on Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

3

## COUNT FOUR

The SPECIAL MARCH 2024 GRAND JURY further charges:

On or about June 17, 2024, at Marengo, in the Northern District of Illinois, Western Division,

### CLESHON PHIPPS,

defendant herein, in connection with the acquisition of a firearm, specifically a Taurus Model G2S 9-millimeter handgun bearing serial number AGC119560, from Marengo Guns, a licensed dealer of firearms within the meaning of Title 18, United States Code, Chapter 44, did knowingly make a false and fictitious written statement to Marengo Guns, which statement was intended and likely to deceive Marengo Guns as to a fact material to the lawfulness of such sale of the said firearm and acquisition of the firearm by defendant under Title 18, United States Code, Chapter 44, in that defendant represented on Department of Justice, Bureau of Alcohol, Tobacco and Firearms Form 4473, Firearms Transaction Record, that he was the actual buyer of the firearm, when, in fact, as defendant then knew, he was not the actual buyer of the firearm;

In violation of Title 18, United States Code, Section 922(a)(6).

4

## FORFEITURE ALLEGATION

The SPECIAL MARCH 2024 GRAND JURY further alleges:

1.      Upon conviction of an offense in violation of Title 18, United States Code, Section 922(a)(6) as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.      The property to be forfeited is a Glock Model 26 Gen 3 9-millimeter handgun bearing serial number BVVK580, and associated ammunition.


A TRUE BILL:


FOREPERSON


*Andrew S. Boutros by Annie Marcus*
UNITED STATES ATTORNEY

5